# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, *individually and on behalf of all others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) PRIORITY AUTOMOTIVE, INC., *d/b/a* BMW of West St. Louis, et al., ) ) ) Defendants. ) | No. 4:23-CV-1577 RLW |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice, which the Court construes as a motion for leave to voluntarily dismiss this cause of action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (ECF No. 31). Defendants did not file a response, and the time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Dismissal with Prejudice, which the Court construes as a motion for leave to voluntarily dismiss this cause of action with prejudice is **GRANTED**. [ECF No. 31] The Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(2).

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  30th  day of April, 2024.